```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON


ALVIN L. MCKNIGHT,              )
                                )    No.  CV-05-0167-MWL
              Plaintiff,        )
                                )    ORDER GRANTING JOINT
v.                              )    MOTION FOR REMAND
                                )
JO ANNE B. BARNHART,            )
Commissioner of Social          )
Security,                       )
                                )
              Defendant.        )
```

 The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 17). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6). After considering the stipulation,

 **IT IS ORDERED** that the above-captioned case be remanded for further administrative proceedings. Upon remand, the Administrative Law Judge ("ALJ") will: (1) conduct a new hearing, further develop the record and issue a new decision; (2) re-evaluate Plaintiff's RFC; and (3) re-evaluate steps three, four and five with the assistance of a vocational expert, if necessary.

///

ORDER RE: STIPULATED REMAND - 1

Accordingly, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties Joint Motion to Remand (**Ct. Rec. 17**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this  24th  day of January, 2006.

S/ Michael W. Leavitt
MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE